UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:09-cr-0182-WTL-DKL |
| | ) | |
| WALTER POWELL, | ) | - 01 |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise LaRue's Report and Recommendation that Walter Powell's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 14 months, in the custody of the Attorney General.  Upon Mr. Powell's release from confinement, he will be subject to lifetime supervision.  Mr. Powell is to self-surrender upon designation by the Federal Bureau of Prisons.

SO ORDERED this 21st day of July, 2015.

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.

U. S. Parole and Probation

U. S. Marshal

Case 1:09-cr-00182-WTL-DKL Document 44 Filed 07/21/15 Page 2 of 2 PageID #: 133