UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:09-cr-0182-TWP-DLP |
| | ) | |
| WALTER POWELL, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On September 19, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on September 7, 2022.  Defendant Powell appeared in person with his appointed counsel William Dazey.  The government appeared by Tiffany Preston, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Brent Witter.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Powell of his rights and provided him with a copy of the petition.  Defendant Powell orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Powell admitted violation numbers 2, 3, and 4.  [Docket No. 82.]   Government orally moved to withdraw the remaining violation, which motion was granted by the Court; violation number 1 dismissed.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**<br><br>During the booking procedure at the Wayne County Jail for his August 27, 2022, arrest, Mr. Powell was in possession of a prescription pill bottle that was prescribed for Gabapentin 600 milligrams. However, the pill bottle contained Gabapentin 300 milligram pills. Mr. Powell admitted he ran out of his regular prescription and purchased the 300 milligram pills from a friend. |
| 3 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**<br><br>During the booking procedure at the Wayne County Jail for his August 27, 2022, arrest, Mr. Powell was in possession of a prescription pill bottle that was prescribed for Gabapentin 600 milligrams. However, the pill bottle contained Gabapentin 300 milligram pills. Mr. Powell admitted he ran out of his regular prescription and purchased the 300 milligram pills from a friend. |
| 4 | **"You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact."**<br><br>The Court was previously advised on June 2, 2022, Mr. Powell submitted a urine sample that returned positive for amphetamines and fentanyl. On June 13, 2022, it was determined by Abbott Laboratories there was not sufficient quantity for confirmation. Mr. Powell denied use of any illicit substances, but did admit to being around individuals that were smoking methamphetamine. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is III.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of 14 months with no supervised release to follow. Defendant requested placement at a federal medical facility.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 14 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at a federal medical facility. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/19/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system